JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE SOON PARK, | CV 22-2704 PA (GJSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SOMERSET INVESTMENT CORPORATION, | |
| Defendant. | |

Pursuant to the Court's October 11, 2022 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Hee Soon Park ("Plaintiff") against defendant Somerset Investment Corporation ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: October 11, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE